1  ANNE I. YEN, Bar No. 187291
2  BENJAMIN J. FUCHS, Bar No. 320793
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1375 55th Street
4  Emeryville, CA 94608
   Telephone (510) 337-1001
5  Fax  (510) 337-1023
   E-Mail:  courtnotices@unioncounsel.net
6           ayen@unioncounsel.net
            bfuchs@unioncounsel.net

7  *Attorneys for Plaintiffs Melissa Hall, Nicole Ludwig, and Paula Ventura*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA HALL,<br><br>                    Plaintiff,<br><br>    v.<br><br>CULTURAL CARE, INC., and DOES 1-10,<br><br>                    Defendant. | No. 3:21-cv-00926-WHO<br><br>Consolidated with:<br><br>*Nicole Ludwig v. Cultural Care, Inc.*<br>Case No. 3:21-cv-00929-WHO<br><br>*Paula Ventura v. Cultural Care, Inc.*<br>Case No. 3:21-cv-00931-WHO<br><br>**JOINT ADMINISTRATIVE MOTION RE: BRIEFING AND HEARING SCHEDULE ON PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT; and ORDER** |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

1

JOINT ADMINISTRATIVE MOTION RE: BRIEFING AND HEARING SCHEDULE ON PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT; and [PROPOSED] ORDER
CASE NO. 3:21-cv-00926-WHO

Defendant filed a motion for summary judgment in these consolidated actions, noticing the motion for June 15, 2022 (ECF#57-0). Plaintiffs' counsel is not available for hearing on June 15 due to prior family travel plans. The parties' counsel have conferred and determined that they are available on June 29 for hearing. Plaintiffs also intend to file motions for summary judgment, and counsel for the parties have conferred regarding the briefing schedule with a mutual interest in expanding each side's time for preparing their respective Opposition to the other side's motion, by three (3) days. Therefore, the parties jointly request the Court's approval of the following briefing and hearing schedule:

- **May 23, 2022:** Plaintiffs' opposition to defendant's motion for summary judgment due; Plaintiffs' deadline to file their motion for summary judgment.
- **June 2, 2022:** Defendant's reply in support of its motion for summary judgment due.
- **June 8, 2022:** Defendant's opposition to plaintiffs' motion for summary judgment due.
- **June 15, 2022:** Plaintiffs' reply in support of their motion for summary judgment due.
- **June 29, 2022:** 2:00 p.m. hearing date on both motions.

Dated: May 10, 2022        WEINBERG, ROGER & ROSENFELD
                           A Professional Corporation

                           /s/ *Anne I. Yen*

                       By: ANNE I. YEN
                           BENJAMIN J. FUCHS
                           Attorneys for Plaintiffs Nicole Ludwig, Melissa Hall and Paula Ventura

Dated: May 10, 2022        LOCKE LORD LLP

                           /s/ *Regina J. McClendon*

                       By: REGINA J. MCCLENDON
                           NINA HUERTA
                           RICHARD J. REIBSTEIN
                           Attorneys for Defendant

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

2
JOINT ADMINISTRATIVE MOTION RE: BRIEFING AND HEARING SCHEDULE ON PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT; and [PROPOSED] ORDER
CASE NO. 3:21-cv-00926-WHO

## ORDER APPROVING BRIEFING HEARING SCHEDULE

Good cause appearing, the Court grants the joint administrative motion by Plaintiffs Melissa Hall, Nicole Ludwig, and Paula Ventura and Defendant Cultural Care, Inc. The following briefing and hearing schedule is approved:

- **May 23, 2022:** Plaintiffs' opposition to defendant's motion for summary judgment due; Plaintiffs' deadline to file their motion for summary judgment.
- **June 2, 2022:** Defendant's reply in support of its motion for summary judgment due.
- **June 8, 2022:** Defendant's opposition to plaintiffs' motion for summary judgment due.
- **June 15, 2022:** Plaintiffs' reply in support of their motion for summary judgment due.
- **June 29, 2022:** 2:00 p.m. hearing date on both motions.

IT IS SO ORDERED.

Dated: May 11, 2022

_____
UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

3
JOINT ADMINISTRATIVE MOTION RE: BRIEFING AND HEARING SCHEDULE ON PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT; and [PROPOSED] ORDER
CASE NO. 3:21-cv-00926-WHO