UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA HALL,<br>　　　　Plaintiff,<br>　　v.<br>CULTURAL CARE, INC.,<br>　　　　Defendant. | Case Nos.　3:21-cv-00926-WHO<br>　　　　　　3:21-cv-00929-WHO<br>　　　　　　3:21-cv-00931-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** |
| NICOLE LUDWIG,<br>　　　　Plaintiff,<br>　　v.<br>CULTURAL CARE, INC.,<br>　　　　Defendant. | |
| PAULA VENTURA,<br>　　　　Plaintiff,<br>　　v.<br>CULTURAL CARE, INC.,<br>　　　　Defendant. | |

The parties to the actions, by and through their counsel, have advised the Court that they have agreed to a settlement. IT IS ORDERED that these matters are DISMISSED WITH PREJUDICE and any hearings and trial dates scheduled in these matters are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within thirty (30) days from the date below, that settlement has not in fact occurred, this order shall be vacated and these causes shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: February 10, 2023

_____
WILLIAM H. ORRICK
United States District Judge